FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

February 21, 2019

Judge Paul A. Engelmayer
Southern District of New York
40 Foley Square
New York, New York 10007

Re:Figueroa vs. Encore 49 Housing East et al
Case No.: 18-cv-01337

Dear Judge Engelmayer,

I am requesting an extension of time to respond to your Order of February 20, 2019 D.E. 46 as this matter affects my license and my ability to practice law and support my family. I would like to consult with counsel and prepare an appropriate response.

Therefore, I am asking for a 45 day extension of the return date of your Order.

Very truly yours,

Stuart H. Finkelstein