UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
JOSE FIGUEROA,                                                     :
                                                                   :
                                                    Plaintiff,      :       18 Civ. 1337 (PAE)
                                                                   :
                                  -v-                       :                ORDER
                                                                   :
ENCORE 49 HOUSG EAST ETAL, ELIZABETH                               :
HASSELT, KAVITA S. JAGNARINE and FRATELLI                          :
ITALIANI LLC,                                                      :
                                                                   :
                                     Defendants.     :
                                                                   :
------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

        The Court has received the affidavit of Stuart Finkelstein, Esq., dated March 1, 2019. *See* Dkt. 57. Upon review, the Court plans to take no further action at this time. The Court therefore denies defendants' joint request for a conference. The Court does, however, request that the parties file a joint status update on the docket of this case by April 11, 2019.

        The Court respectfully directs the Clerk of Court to terminate the motions pending at Dkts. 51–52.

        SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                               Paul A. Engelmayer
                                                               United States District Judge

Dated: March 28, 2019
       New York, New York