UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOSE FIGUEROA,

Case No.: 1:18-cv-01337-PAE-AJP

                    Plaintiff,

      - against -

ENCORE 49 HOUSG EAST ETAL,
ELIZABETH HASSELT, KAVITA S.
JAGNARINE and FRATELLI ITALIANI LLC.,

                    Defendants.
-------------------------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Stuart H. Finkelstein, Esq., hereby moves this Court for an order to withdraw as counsel of record for Plaintiff JOSE FIGUEROA, and as grounds therefore state that there is a total and complete breakdown in communication with Mr. Figueroa as he has not responded to any of my approximate six voice mail messages I have left him since the early part of January, 2019.

WHEREFORE, Stuart H. Finkelstein, Esq., respectfully moves this Court for the entry of an order allowing withdrawal as counsel of record for Plaintiff.

          Respectfully submitted,

          Stuart H. Finkelstein, Esq.
          FINKELSTEIN LAW GROUP, PLLC
          Attorney for Plaintiff
          338 Jericho Turnpike
          Syosset, New York 11791
          Telephone: (718) 261-4900

          _____
          Stuart H. Finkelstein, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 29th day of March, 2019.

_____
Stuart H. Finkelstein, Esq.