UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE FIGUEROA,

Case No.: 1:18-cv-01337-PAE-AJP

Plaintiff,

- against -

ENCORE 49 HOUSG EAST ETAL,
ELIZABETH HASSELT, KAVITA S.
JAGNARINE and FRATELLI ITALIANI LLC.,

Defendants.
-----------------------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Stuart H. Finkelstein, Esq., hereby moves this Court for an order to withdraw as counsel of record for Plaintiff JOSE FIGUEROA, and as grounds therefore state that there is a total and complete breakdown in communication with Mr. Figueroa as he has not responded to any of my approximate six voice mail messages I have left him since the early part of January, 2019.

WHEREFORE, Stuart H. Finkelstein, Esq., respectfully moves this Court for the entry of an order allowing withdrawal as counsel of record for Plaintiff.

Respectfully submitted,

Stuart H. Finkelstein, Esq.
FINKELSTEIN LAW GROUP, PLLC
Attorney for Plaintiff
338 Jericho Turnpike
Syosset, New York 11791
Telephone: (718) 261-4900

Stuart H. Finkelstein, Esq.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 29th day of March, 2019.

*Stuart H. Finkelstein*

Stuart H. Finkelstein, Esq.

4/4/19

The Court has received Mr. Finkelstein's request to withdraw as counsel for plaintiff. The Court will rule on this request after the parties have filed their joint status update due April 11, 2019.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge