UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -x

JOSE FIGUEROA,

                Plaintiff,              Case No.: 1:18-cv- 01337

vs.

ENCORE 49 HOUSING DEVELOPMENT FUND CO.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF STUART H. FINKELSTEIN

This declaration is made pursuant to 28 U.S.C. § 1746 and S.D.N.Y. Local Civil Rule 1.9(a) by Stuart H. Finkelstein, as follows:

1.    I am a member of the bar of this Court.

2.    This declaration refers to the Court's Order of April 11, 2019 (ECF Doc. No. 62).

3.    That on April 12th, 2019 your affiant served this Court's order of April 11, 2019 upon Jose Figueroa at 941 Jerome Avenue Bronx, New York 10452 by depositing a true copy of same enclosed in a postpaid properly addressed wrapper via Certified Mail, with a post office official depository under the exclusive care and custody of the United States Postal Service.

Dated: April 12, 2019
       Syosset, New York

                                              _____
                                              Stuart H. Finkelstein, Esq.

