UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

JOSE FIGUEROA,

                Plaintiff,             Case No.: 1:18-cv- 01337

vs.

ENCORE 49 HOUSING DEVELOPMENT FUND CO.,
ELIZABETH HASSELT, KAVITA S. JAGNARINE and
FRATELLI ITALIANI LLC.,
                Defendants.
- - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF STUART H. FINKELSTEIN

       This declaration is made pursuant to 28 U.S.C. § 1746 and S.D.N.Y. Local Civil Rule 1.9(a) by Stuart H. Finkelstein, Esq., as follows:

    1.    I am a member of the bar of this Court.

    2.    This declaration refers to the Court's Order of April 11, 2019 (ECF Doc. No. 62).

    3.    Since the early part of January, 2019, I left approximately six voice mails for Mr. Figueroa and received no response. On April 12, 2019, further to this Court's Order, I sent said Order certified mail.

    4.    Subsequent to my mailing of April 12, 2019, I sent Mr. Figueroa correspondence asking him to contact me. I did so by regular mailing, certified mailing and priority mail, all by way of the United States Postal Service. To date I have not received a response.

Dated: April 29, 2019
       Syosset, New York

                                                    Stuart H. Finkelstein, Esq.